UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA

BROADCAST MUSIC, INC., et al., )
                              Plaintiffs, )
                                     v. )   CIVIL ACTION NO.:

DEAN VENTURES, LLC d/b/a THE )
JEFFERSON INN; and CURTIS DEAN, )
individually, )
                              Defendants. )

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1, Eleksylum Music, Inc., who is a Plaintiff, makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity?

    X    Yes                            No

2. Does party have any parent corporations?

    X    Yes                            No

    If yes; identify all parent corporations; including grandparent and great-grandparent corporations: Elektra/Asylum/Nonesuch Records, a Division of Warner Communications

3. Is 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity?

    X    Yes                            No

    If yes, identify all such owners: Elektra/Asylum/Nonesuch Records, a Division of Warner Communications

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?

    X   Yes            No

    If yes, identify entity and nature of interest:  Other plaintiffs named in action.

5. Is party a trade association?

        Yes     X   No

    If yes, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

6. If case arises out of a bankruptcy proceeding, identify any trustee and the members of any creditor's committee:

This, the 18th day of February, 2016.

                                    WILLIAMS MULLEN

                                    /s/ *M. Keith Kapp*
                                    M. Keith Kapp
                                    N.C. Bar #8850
                                    P.O. Drawer 1000
                                    Raleigh, NC 27602-1000
                                    Telephone: (919) 981-4000
                                    Fax:  (919) 981-4300
                                    kkapp@williamsmullen.com
                                    *Attorneys for Plaintiffs*